SHAW and Another *v.* GALLAGHER and Another.

APPEAL from the *Randolph* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, and the cause remanded to be dismissed, for want of jurisdiction. *Fisher* v. *Prewitt*, 7 Ind. R. 519, is in point.

A proceeding in court by confession of judgment, is for the enforcement of a private right, and is, consequently, by virtue of section 1, p. 27, 2 R. S., an action in the courts of *Indiana.* The courts in this State have, by statute, jurisdiction in all actions, suits, and cases,— terms used in the statutes synonymously, or nearly so. If there is some proceeding, not embraced by those terms, by what statute has any court jurisdiction of it?

*B. McClelland,* for the appellants.

*C. H. Test* and *W. A. Peelle,* for the appellees.